No. 6381.—WEST INDIA OIL COMPANY, dmdte., v. BRENES, dmdo.— C. D. San Juan. Junio 7, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

POR CUANTO, la apelada solicita la desestimación de este recurso fundándose en que la parte apelante no ha sido diligente en la tramitación del mismo y especialmente por no haber presentado la transcripción de evidencia dentro de las varias prórrogas concedidas por la corte inferior.

POR CUANTO, el apelante en su contestación a la moción para des-

estimar y en el juramento a ella acompañado demuestra a satisfacción de esta corte que ha sido en verdad diligente en tratar de obtener las notas taquigráficas dentro del período prorrogado:

Por TANTO, no ha lugar a la desestimación solicitada.